# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2022 KW 0060

VERSUS

ORLANDO CHARLES LUNDIE

**MARCH 14, 2022**

---

In Re:   Orlando Charles Lundie, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 596,042.

---

**BEFORE:   GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT DENIED.** Relator has not shown that his prior felony conviction for possession of cocaine, while not a crime of violence, has been set aside and dismissed pursuant to La. Code Crim. P. arts. 893(E)(2), (3), or (4). Accordingly, La. R.S. 15:529.1(C)(3) does not apply to relator; and thus, he failed to present a prima facie case of ineffective assistance of counsel at the habitual offender proceedings. Therefore, relator's reliance upon **State v. Robinson,** 2019-01330 (La. 11/24/20), 304 So.3d 846, 847 and **State v. Harris,** 2018-1012 (La. 7/9/20), 2020 WL 3867207 is misplaced.

JMG
GH
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT